Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
Email: brad@slightinglaw.com

*Attorney for Defendants David Imonitie,
Spela Sluga, Devon Roeser, Ivan Tapia, and
NVisionU, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY;<br><br>Plaintiff,<br><br>vs.<br><br>DAVID IMONITIE, an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company;<br><br>Defendants. | Case No.:   2:22-cv-01863-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT IVAN TAPIA TO ANSWER PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>**(First Request for Extension)** |

IT IS HEREBY STIPULATED by and between Plaintiff International Markets Live, Inc. dba IM Master Academy and Defendant Ivan Tapia, by and through their respective attorneys, that Defendant Ivan Tapia may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Accordingly, the last day for Defendant Tapia to answer or otherwise respond to Plaintiff's Complaint is Friday, November 25, 2022.

. . .

. . .

. . .

Good cause exists for this extension as the matter was recently removed from the Eighth Judicial District Court for Clark County, Nevada to this Court, Defendant Tapia's counsel is still assessing case facts and procedural status, and the Plaintiff does not object to the extension.

Dated: November 11, 2022

**SLIGHTING LAW**

**/s/ Bradley S. Slighting**
**Bradley S. Slighting, Esq.**
*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, Ivan Tapia, and NVisionU, Inc.*

Dated: November 11, 2022

**HOLLAND & HART LLP**

**/s/ Lars K. Evensen**
**Lars K. Evensen, Esq.**
**Jenapher Lin, Esq.**
*Attorneys for Plaintiff International Markets Live, Inc. dba IM Mastery Academy*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:30 pm, November 14, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**