Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
Email: brad@slightinglaw.com

*Attorney for Defendant Ivan Tapia*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY;<br><br>Plaintiff,<br><br>vs.<br><br>DAVID IMONITIE, an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company;<br><br>Defendants. | Case No.:   2:22-cv-01863-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT IVAN TAPIA TO ANSWER PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>**(Second Request for Extension)** |

IT IS HEREBY STIPULATED by and between Plaintiff International Markets Live, Inc. dba IM Master Academy and Defendant Ivan Tapia, by and through their respective attorneys, that Defendant Ivan Tapia may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Accordingly, the last day for Defendant Tapia to answer or otherwise respond to Plaintiff's Complaint is Wednesday, December 14, 2022. As a result of this stipulation, Plaintiff and Defendant Tapia have resolved Defendant Tapia's Motion to Enlarge Time to Respond to Plaintiff's Complaint (ECF No. 26) and the same should be denied as moot.

Good cause exists for this extension as: 1) the matter was recently removed from the Eighth Judicial District Court for Clark County, Nevada to this Court; 2) Defendant Tapia's

counsel is still assessing case facts and procedural status; 3) the Court, in response to Defendant Tapia's Motion to Enlarge Time to Respond to Plaintiff's Complaint (ECF No. 26) ordered the Parties to meet and confer regarding this issue (ECF No. 29); and 4) the Plaintiff does not object to the extension.

Dated: December 7, 2022　　　　　　　　　　**SLIGHTING LAW**

　　　　　　　　　　　　　　　　　　　　　**/s/ *Bradley S. Slighting*** 
　　　　　　　　　　　　　　　　　　　　　**Bradley S. Slighting, Esq.**
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Ivan Tapia*

Dated: December 7, 2022　　　　　　　　　　**HOLLAND & HART LLP**

　　　　　　　　　　　　　　　　　　　　　**/s/ *Lars K. Evensen*** 
　　　　　　　　　　　　　　　　　　　　　**Lars K. Evensen, Esq.**
　　　　　　　　　　　　　　　　　　　　　**Jenapher Lin, Esq.**
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff International Markets Live, Inc. dba IM Mastery Academy*

　　　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　**DATED:** 12:05 pm, December 08, 2022

　　　　　　　　　　　　　　　　**BRENDA WEKSLER**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**