P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY, <br><br> Plaintiff, <br><br> v. <br><br> DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; | Case No.: 2:22-cv-01863-GMN-BNW <br><br> **STIPULATION AND [*PROPOSED*] ORDER TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIM (FIRST REQUEST)** |

1

SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

AND ALL RELATED MATTERS.

Plaintiff/Counterdefendant INTERNATIONAL MARKETS LIVE INC., dba IM MASTERY ACADEMY ("IML" or "Plaintiff") and Defendant/Counterclaimant IVAN TAPIA ("Tapia" and collectively, with IML, as the "Parties"), by and through their respective undersigned counsel of record, the law firms of Kerr Simpson Attorneys at Law and Holland & Hart LLP, and the law firm of SLIGHTING LAW, hereby stipulate and agree to a nine (9)-day extension of the current January 4, 2023 deadline for IML to answer or otherwise respond to Tapia's Counterclaim (ECF No. 44), dated December 14, 2022, which is the first requested extension, as follows:

1. On December 14, 2022, Tapia filed his Answer and Counterclaim. (ECF No. 44).

2. IML's answer to Tapia's Counterclaim is currently due by January 4, 2023, under FRCP 12(a)(1)(B), which provides that "[a] party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim."

3. IML is still assessing case facts and procedural status underlying Tapia's Counterclaim.

4. The Parties stipulate and agree to extend the current January 4, 2023 deadline for IML to answer Tapia's Counterclaim by nine (9) days to **January 13, 2023**.

/ / /

/ / /

/ / /

5. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 4th day of January 2023.

| HOLLAND & HART LLP | SLIGHTING LAW |
|---|---|
| */s/ Lars K. Evensen* | */s/ Bradley S. Slighting* |
| Lars K. Evensen, Esq.<br>Jenapher Lin, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Bradley S. Slighting (10225)<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>brad@slightinglaw.com |
| KERR SIMPSON ATTORNEYS AT LAW<br>P. Sterling Kerr, Esq.<br>George E. Robinson, Esq.<br>2900 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052 | *Attorney for Defendant Ivan Tapia* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: January 5, 2023

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2023, a true and correct copy of the foregoing **STIPULATION AND [*PROPOSED*] ORDER TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIM (FIRST REQUEST)** was served by the following method(s):

☑     Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Scott Wellman (*pro hac vice pending*)
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
swellman@w-wlaw.com

*Attorneys for Defendants*
*DAVID IMONITIE; SPELA SLUGA;*
*DEVON ROESER; IVAN TAPIA,*
*NVISIONU, INC.*

Jon E. Field, Esq.
THOMPSON BURTON, PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tele: (615) 465-6000
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT, LLC*

                                                              */s/ Brenda Schroeder*
                                                              An Employee of Holland & Hart LLP