1  Bradley S. Slighting, Esq.
   Nevada Bar No. 10225
2  SLIGHTING LAW
3  1707 Village Center Cir, Ste 100
   Las Vegas, NV 89134
4  Tel: (702) 840-3749
5  brad@slightinglaw.com

6
   Chris Wellman, Esq.
7  Pro Hac Vice
   California Bar No. 304700
8  Wellman and Warren, LLP
9  24411 Ridge Route Dr., Unit 200
   Laguna Hills, CA  92653
10 Tel: (949) 580-3737
11 cwellman@w-wlaw.com

12
   Attorneys for Defendants David Imonitie,
13 Spela Sluga, Devon Roeser, NVisionU, Inc.,
   Bass Grant and Lucas Longmire
14

15              **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
16

17 | INTERNATIONAL MARKETS LIVE | Case No.: 2:22-CV-01863-GMN-BNW |
   | INC., a New York corporation dba IM | |
18 | MASTERY ACADEMY, | |
19 | | **JOINT MOTION FOR** |
20 | Plaintiff, | **EXTENSION OF TIME FOR** |
   | | **DEFENDANTS BASS GRANT AND** |
21 | v. | **LUCAS LONGMIRE TO ANWER** |
   | | **OR OTHERWISE RESPOND TO** |
22 | DAVID IMONITIE an individual; | **FIRST AMENDED COMPLAINT** |
23 | SPELA SLUGA, an individual; | **(FIRST REQUEST)** |
   | DEVON ROESER, an individual; | |
24 | IVAN TAPIA, an individual; | |
25 | NVISIONU, INC., a Delaware | |
   | corporation; ILYKIT, LLC, a Utah | |
26 | limited liability company, LUCAS | |
27 | LONGMIRE, an individual; | |
   | MICHAEL ZHOR, an individual; | |
28 | NATHAN SAMUEL, an individual; | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>                Defendants.<br><br>And related counterclaim |

Plaintiff International Markets Live, Inc. dba IM Master Academy ("Plaintiff") and Defendants Bass Grant and Lucas Longmire ("Defendants"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 20, 2022, Plaintiffs filed their First Amended Complaint (the "First Amended Complaint"; ECF No. 47);

WHEREAS, on December 21, 2022, Plaintiffs served the First Amended on Defendant, Lucas Longmire. (ECF No. 69).

2

1  WHEREAS, on December 23, 2022, Plaintiffs served the First Amended on Defendant, Bass Grant. (ECF No. 70).

WHEREAS, defendants Grant and Longmire have recently retained the services of SLIGHTING LAW and Wellman & Warren, LLP, in this matter.

WHEREAS, defendant Grant's response date to the First Amended Complaint is due January 13, 2023.

WHEREAS, defendant Longmire's response date to the First Amended Complaint is due January 11, 2023.

WHEREAS, on January 5, 2023, the parties met and conferred, and agreed to extend defendants Grant's and Longmire's deadline to answer or response to the First Amended Complaint to January 23, 2023, which is the first request to extend these deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, in consideration of the foregoing, the parties stipulate and jointly move that the last day for Defendants Grant and Longmire to answer or otherwise respond to the First Amended Complaint shall be **January 23, 2023**.

Respectfully submitted to the court on January 10, 2023.

**SLIGHTING LAW**

*/s/ Brad Slighting*

**Bradley S. Slighting, Esq.**

**WELLMAN AND WARREN LLP**

*/s/ Chris Wellman*

**Chris Wellman, Esq.**
Pro Hac Vice
California Bar No. 304700

*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant and Lucas Longmire*

HOLLAND & HART LLP

*/s/ Jenapher Lin*
Lars K. Evensen, Esq.
Jenapher Lin, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

KERR SIMPSON ATTORNEYS AT LAW
P. Sterling Kerr, Esq.
George E. Robinson, Esq.
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED**
**DATED:** 4:29 pm, January 11, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4