Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Chris Wellman, Esq.
Pro Hac Vice
California Bar No. 304700
Wellman and Warren, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA  92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

Attorneys for Defendants David Imonitie,
Spela Sluga, Devon Roeser, NVisionU, Inc.,
Bass Grant, Lucas Longmire, and Vince Murphy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; MICHAEL ZHOR, an individual; NATHAN SAMUEL, an individual; | Case No.: 2:22-CV-01863-GMN-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT VINCE MURPHY TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>            Defendants.<br><hr>And related counterclaim |

Plaintiff International Markets Live, Inc. dba IM Master Academy ("Plaintiff") and Defendant Vince Murphy ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 20, 2022, Plaintiff filed its First Amended Complaint (the "First Amended Complaint"; ECF No. 47);

WHEREAS, on December 23, 2022, Plaintiff served the First Amended on Defendant. (ECF No. 74).

2

1  WHEREAS, Defendant disputes whether service of the First Amended Complaint was properly made.

WHEREAS, Defendant recently retained the services of SLIGHTING LAW and Wellman & Warren, LLP, in this matter.

WHEREAS, Defendant's response date to the First Amended Complaint is due January 20, 2023.

WHEREAS, on January 16, 2023, the parties met and conferred, and agreed to extend Defendant's deadline to answer or respond to the First Amended Complaint to February 3, 2023, which is the first request to extend these deadlines, in exchange Defendant has authorized his counsel to accept service of process on his behalf and agreed to waive any arguments regarding insufficient service or insufficient service of process under FRCP 12(b)(4), (5).

THEREFORE, in consideration of the foregoing, the parties stipulate and jointly move that the last day for Defendant to answer or otherwise respond to the First Amended Complaint shall be **February 3, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

A Proposed Order Granting Joint Motion For Extension of Time for Defendant Vince Murphy to Answer or Otherwise Respond to First Amended Complaint (First Request) is attached hereto as **Exhibit A** for the Court's consideration.

Respectfully submitted this 17th day of January 2023.

**SLIGHTING LAW**

/s/ Brad Slighting

**Brad Slighting, Esq.**

**WELLMAN AND WARREN LLP**

/s/ Chris Wellman

**Chris Wellman, Esq.**
Pro Hac Vice
California Bar No. 304700

*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, and Vince Murphy*

### ORDER

**IT IS SO ORDERED**

**DATED:** 12:46 pm, January 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

HOLLAND & HART LLP

/s/ Jenapher Lin
Lars K. Evensen, Esq.
Jenapher Lin, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

KERR SIMPSON ATTORNEYS AT LAW
P. Sterling Kerr, Esq.
George E. Robinson, Esq.
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2023, a true and correct copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT VINCE MURPHY TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST) was served by the following method(s):

☑   Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff*

Jon E. Field, Esq.
THOMPSON BURTON, PLLC One Franklin Park
6100 Tower Circle Suite 200 Franklin, Tennessee 37067
Tele: (615) 465-6000
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT, LLC*

Justin L. James, Esq.
*Pro Hac Vice*
JAMES DODGE RUSSELL & STEPHENS
10 W. Broadway, Suite 400
Salt Lake City, UT 84101
Phone: 801.363.6363
jjames@jdrslaw.com

*Attorneys for Defendant/Counterclaimant Ivan Tapia*

　　　　　　　　　　　　 */s/ Bradley S. Slighting*
　　　　　　　　　　　　 *An employee of Slighting Law*