1  P. Sterling Kerr, Esq.
   Nevada Bar No. 3978
2  George E. Robinson, Esq.
   Nevada Bar No. 9667
3  KERR SIMPSON ATTORNEYS AT LAW
   2900 W. Horizon Ridge Parkway, Suite 200
4  Henderson, NV 89052
   Phone: 702.451.2055
5  Fax: 702.451.2077
   sterling@kerrsimpsonlaw.com
6  george@kerrsimpsonlaw.com

7  Lars K. Evensen, Esq.
   Nevada Bar No. 8061
8  Jenapher Lin, Esq.
   Nevada Bar No. 14233
9  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
10 Las Vegas, NV 89134
   Phone: 702.669.4600
11 Fax: 702.669.4650
   lkevensen@hollandhart.com
12 jlin@hollandhart.com

13 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
14 **DISTRICT OF NEVADA**

15 INTERNATIONAL MARKETS LIVE INC.,      Case No.: 2:22-cv-01863-GMN-BNW
   a New York corporation dba IM MASTERY
16 ACADEMY,

17                    Plaintiff,                **STIPULATION AND [*PROPOSED*]
                                                 ORDER TO EXTEND DEADLINE TO
18 v.                                            RESPOND TO MOTIONS TO DISMISS
                                                 (ECF Nos. 87, 88, 89) (FIRST REQUEST)**
19 DAVID IMONITIE an individual; SPELA
   SLUGA, an individual; DEVON ROESER, an
20 individual; IVAN TAPIA, an individual;
   NVISIONU, INC., a Delaware corporation;
21 ILYKIT, LLC, a Utah limited liability
   company, LUCAS LONGMIRE, an
22 individual; NATHAN SAMUEL, an
   individual; MICHAEL ZHOR, an individual;
23 IMRAN RICHIE, an individual; JUSTIN
   OWENS, an individual; PAULO
24 CAVALLERI, an individual; JOSE MIGUEL
   CONTREAS, an individual; BASS GRANT,
25 an individual; ANGELA CRUISHANK, an
   individual; JEFF CRUISHANK, an
26 individual; VINCE MURPHY, an individual;
   GARY MCSWEEN, an individual;
27 KATRINA WORGESS, an individual; LUIS
   RONALDO HARNANDEZ ARRIAGA, an
28 individual; STEPHANIA AYO, an individual;

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

1   SILVIA AYO, an individual; CATALINA
    VASQUEZ, an individual; MATHIAS
2   VASQUEZ, an individual; DOES 1 through
    10, inclusive; and ROE CORPORATIONS I
3   through X, inclusive,

4                    Defendants.

5   AND ALL RELATED MATTERS.

6

7          Plaintiff/Counterdefendant INTERNATIONAL MARKETS LIVE INC., dba IM

8   MASTERY ACADEMY ("IML" or "Plaintiff") and Defendants DAVID IMONITIE, SPELA

9   SLUGA, DEVON ROESER, IVAN TAPIA, NVISIONU, INC., ILYKIT, LLC, LUCAS

10  LONGMIRE, and BASS GRANT ("Defendants" and collectively, with IML, as the "Parties"), by

11  and through their respective undersigned counsel of record, hereby stipulate and agree to a seven

12  (7)-day extension of the current February 6, 2023 deadline for IML to file responses to Defendants

13  Grant's and Longmire's Motion to Dismiss for Failure to State a Claim (ECF No. 87), Defendant

14  Longmire's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 88), and Defendant

15  Grant's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 89), dated Jan. 23, 2023,

16  which is the first requested extension, as follows:

17         1.      On January 23, 2023, Defendants Grant's and Longmire's Motion to Dismiss for

18  Failure to State a Claim (ECF No. 87), Defendant Longmire's Motion to Dismiss for Lack of

19  Personal Jurisdiction (ECF No. 88), and Defendant Grant's Motion to Dismiss for Lack of Personal

20  Jurisdiction (ECF No. 89) (collectively, as "Motions to Dismiss").

21         2.      Responses to the Motions to Dismiss are currently due by February 6, 2023.

22         3.      The Parties stipulate and agree to extend the current February 6, 2023 deadline for

23  responses to the Motions to Dismiss by seven (7) days to **February 13, 2023**.

24  / / /

25

26  / / /

27

28  / / /

2

4.     This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 31st day of January 2023.

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
Lars K. Evensen, Esq.
Jenapher Lin, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

KERR SIMPSON ATTORNEYS AT LAW
P. Sterling Kerr, Esq.
George E. Robinson, Esq.
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

*Attorneys for Plaintiff International Markets Live Inc., dba IM Mastery Academy*

SLIGHTING LAW

*/s/ Bradley S. Slighting*
Bradley S. Slighting, Esq.
Nevada Bar No. 10225
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
Email: brad@slightinglaw.com

Christopher Wellman (*pro hac vice*)
California Bar No. 304700
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

*Attorney for Defendants David Imonitie, Spela Sluga, Devon Roeser, Nvisionu, Inc., Lucas Longmire, Bass Grant, Vince Murphy*

THOMPSON BURTON, PLLC

*/s/ Jon E. Field*
JON E. FIELD, ESQ.
Nevada Bar No. 7700
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tele: (615) 465-6000
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT, LLC*

SLIGHTING LAW

*/s/ Bradley S. Slighting*
Bradley S. Slighting, Esq.
Nevada Bar No. 10225

Justin L. James (*pro hac vice*)
Utah Bar No. 15167
James Dodge Russell & Stephens PC
10 West Broadway, Suite 400
Salt Lake City, UT 84101
801.363.6363
jjames@jdrslaw.com

*Attorney for Defendant Ivan Tapia*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: January 31, 2023

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 31st day of January 2023, a true and correct copy of the foregoing **STIPULATION AND [*PROPOSED*] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS (ECF Nos. 87, 88, 89) (FIRST REQUEST)** was served by the following method(s):

☑     <u>Electronic</u>:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Christopher Wellman (*pro hac vice*)
California Bar No. 304700
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

*Attorneys for Defendants*
*DAVID IMONITIE; SPELA SLUGA;*
*DEVON ROESER; NVISIONU, INC., Bass*
*Grant, Lucas Longmire, Vince Murphy*

Bradley S. Slighting (10225)
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Justin L. James (*pro hac vice*)
Utah Bar No. 15167
James Dodge Russell & Stephens PC
10 West Broadway, Suite 400
Salt Lake City, UT 84101
801.363.6363
jjames@jdrslaw.com

*Attorneys for Defendant Ivan Tapia*

Jon E. Field, Esq.
THOMPSON BURTON, PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tele: (615) 465-6000
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT,*
*LLC*

*/s/ Brenda Schroeder*
An Employee of Holland & Hart LLP