| | |
|---|---|
| 1 | Bradley S. Slighting, Esq. |
| 2 | Nevada Bar No. 10225<br>SLIGHTING LAW |
| 3 | 1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134 |
| 4 | Tel: (702) 840-3749 |
| 5 | brad@slightinglaw.com |
| 6 | Chris Wellman, Esq. |
| 7 | Pro Hac Vice<br>California Bar No. 304700 |
| 8 | Wellman and Warren, LLP<br>24411 Ridge Route Dr., Unit 200 |
| 9 | Laguna Hills, CA  92653<br>Tel: (949) 580-3737 |
| 10 | cwellman@w-wlaw.com |
| 11 | *Attorneys for Defendants, David Imonitie,* |
| 12 | *Spela Sluga, Devon Roeser, NVisionU, Inc.,*<br>*Bass Grant, Lucas Longmire and Vince Murphy* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS BASS GRANT, LUCAS LONGMIRE AND VINCE MURPHY'S REQUEST FOR EXTENSION OF TIME TO FILE THEIR REPLIES TO PLAINTIFF'S RESPONSES (ECF. NOS. 104, 105, 106, 111 AND 112) TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 87, 88, 89, 98 AND 99)** |

1

| | |
|---|---|
| 1 | WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive, |
| | Defendants. |
| | AND ALL RELATED MATTERS |

**STIPULATION AND [PROPOSED] ORDER**

Defendants Bass Grant ("Grant"), Lucas Longmire ("Longmire") and Vince Murphy ("Murphy") or ("Defendants"), and Plaintiff International Markets Live Inc. dba IM Mastery Academy, (collectively as the "Parties") by and through their respective undersigned counsel of record, the law firms of Slighting Law, Wellman and Warren, LLP, Kerr Simpson Attorneys at Law and Holland & Hart LLP, hereby stipulate and agree to: 1) extend the deadline for Grant and Longmire to reply to Plaintiff's responses to Grant's and Longmire's 12(b)(2) and 12(b)(6) Motions to Dismiss (ECF. Nos. 87, 88 and 89); and 2) extend the deadline for Murphy to reply to Plaintiff's responses to Murphy's 12(b)(2) and 12(b)(6) Motions to dismiss (ECF Nos. 98 and 99). The parties hereby specifically agree and stipulate as follows:

WHEREAS, on January 23, 2023, Grant filed his 12(b)(2) Motion to dismiss re: Plaintiff's First Amended Complaint ("FAC") (ECF No. 89) and Longmire filed his 12(b)(2) Motion to dismiss to Plaintiff's FAC (ECF No. 88). In addition, Grant and Longmire filed jointly their 12(b)(6) Motion to dismiss to Plaintiff's FAC (ECF No. 87).

WHEREAS, on February 13, 2023, Plaintiff filed its Response (ECF. No. 106) to Grant's 12(b)(2) Motion to Dismiss, its response (ECF No. 105) to Longmire's 12(b)(2) Motion to Dismiss

and its response (ECF No. 106) to Grant and Longmire's 12(b)(6) Motion to Dismiss.

WHEREAS, on February 2, 2023, Defendant Murphy filed his 12(b)(6) Motion to dismiss re: Plaintiff's First Amended Complaint ("FAC") (ECF No. 98) and also his 12(b)(2) Motion to dismiss to Plaintiff's FAC (ECF No. 99).

WHEREAS, on February 16, 2023, Plaintiff filed its Response to Murphy's 12(b)(6) Motion to Dismiss and also its response to Murphy's 12(b)(2) Motion to Dismiss (ECF. No. 111; ECF No. 112).

WHEREAS, on February 14, 2023 and also on February 16, 2023, counsel for the parties met and conferred and agreed to allow Grant, Longmire, and Murphy additional time from the current due dates of February 20, 2023 (Grant and Longmire) and February 23, 2023 (Murphy) to file their reply briefs.

THEREFORE, the parties jointly stipulate that the Court should enter an order allowing Grant, Longmire, and Murphy to file their reply briefs by no later than March 6, 2023.

Respectfully submitted, this 17th day of February 2023

| SLIGHTING LAW | WELLMAN AND WARREN LLP |
|---|---|
| /s/Bradley S. Slighting<br>**Bradley S. Slighting, Esq.**<br>Nevada Bar No. 10225<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, Vince Murphy* | /s/Chris Wellman<br>**Chris Wellman, Esq.** (Pro Hac Vice)<br>California Bar No. 304700<br>Wellman and Warren, LLP<br>24411 Ridge Route Dr., Unit 200<br>Laguna Hills, CA 92653<br><br>*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, Vince Murphy* |
| **HOLLAND & HART LLP** | **THOMPSON BURTON, PLLC** |
| /s/ Jenapher Lin<br>Lars K. Evensen<br>Nevada Bar No. 8061<br>**Jenapher Lin, Esq**.<br>Nevada Bar No. 14233<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | /s/ Jon E. Field<br>Jon E. Field, Esq.<br>One Franklin Park<br>6100 Tower Circle, Suite 200<br>Franklin, Tennessee 37067<br>*Attorneys for Defendant ILYKIT, LLC* |

3

| | |
|---|---|
| **KERR SIMPSON ATTORNEYS AT LAW**<br><br>P. Sterling Kerr, Esq.<br>Nevada Bar No. 3978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>2900 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff International Markets Live, Inc. dba IM Mastery Academy* | |
| **JAMES DODGE RUSSELL & STEPHENS PC**<br><br>/s/ Justin L. James<br>Justin L. James, Esq. (Pro Hac Vice)<br>10 West Broadway, Suite 400<br>Salt Lake Cit, Utah 84101<br><br>*Attorney for Defendant Ivan Tapia* | |

**IT IS SO ORDERED.**

Dated: February  23 , 2023.

_____
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of February, 2023, a true and correct copy of the forgoing document **STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS BASS GRANT, LUCAS LONGMIRE AND VINCE MURPHY'S REQUEST FOR EXTNESION OF TIME TO FILE THEIR REPLIES TO PLAINTIFF'S RESPONSES (ECF. NOS. 104, 105, 106, 111 AND 112) TO DEFENDANTS MOTIONS TO DISMISS (ECF NOS. 87, 88, 89, 98 AND 99)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel who have entered an appearance in this action:

**E-SERVICE LIST**

Jon E. Field, Esq.
THOMPSON BURTON, PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT, LLC*

Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., Ste 100
Las Vegas, NV 89134
Email: brad@slightinglaw.com

Justin L. James, Esq. (Pro Hac Vice)
JAMES DODGE RUSSELL & STEPHENS
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Email: jjames@jdrslaw.com

*Attorneys for Defendant Ivan Tapia*

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052
Phone: (702) 451.2055
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff International Markets Live, Inc. dba IM Mastery Academy*

/s/ Bradley S. Slighting
An employee of Slighting Law

5