Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
brad@slightinglaw.com

Chris Wellman, Esq.
Pro Hac Vice
California Bar No. 304700
Wellman and Warren, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA  92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

*Attorneys for Defendants, David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire and Vince Murphy*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF PAPERS RELATED TO PLAINTIFF'S MOTIONS TO DISMISS (ECF NOS. 152 AND 153)** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>              Defendants. |
| 8<br>9 | AND ALL RELATED MATTERS |

**STIPULATION AND [PROPOSED] ORDER**

Defendants/Counterclaimants David Imonitie ("Imonitie") and Ivan Tapia ("Tapia"), Counterdefendant Christopher Terry ("Terry") , (collectively, the "Parties") by and through their respective undersigned counsel of record, the law firms of Slighting Law, Wellman and Warren, LLP, James Dodge Russell & Stephens PC, Kerr Simpson Attorneys at Law and Holland & Hart LLP, hereby stipulate and agree to: 1) extend the deadline for Imonitie and Tapia to respond to Plaintiff's Motions to Dismiss (ECF. Nos. 152 and 153); and 2) extend the deadline for Terry to reply to the responses filed by Imonitie and Tapia. The parties hereby specifically agree and stipulate as follows:

WHEREAS, on April 18, 2023, Plaintiff filed its Motions to Dismiss the Counterclaims filed by Tapia and Imonitie (Motions to Dismiss – ECF Nos. 152, 153; Counterclaims – ECF Nos. 44 and 128, respectively).

WHEREAS, on April 25, 2023, counsel for the parties met and conferred via email and agreed to allow Imonitie and Tapia an additional two (2) weeks of time from the current due dates of May 2, 2023 to file their responses to Plaintiff's Motions to Dismiss, thereby making such responses due May 16, 2023.

2

WHEREAS, on April 25, 2023, counsel for the Parties met and conferred via email and agreed to allow Plaintiff an additional two (2) weeks after the filing of Imonitie's and Tapia's responses to the Motions to Dismiss for Plaintiff to file replies, thereby making such replies due May 30, 2023.

WHEREAS, no Parties oppose the extension of time for the filing of briefing related to the Motions to Dismiss as set forth herein.

THEREFORE, the parties jointly stipulate that the Court should enter an order allowing Imonitie and Tapia to file their responses by May 16, 2023 and for Plaintiff to file its replies to the responses by May 30, 2023.

Respectfully submitted, this 2nd day of May 2023

**SLIGHTING LAW**

/s/Bradley S. Slighting
**Bradley S. Slighting, Esq.**
Nevada Bar No. 10225
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134


**WELLMAN AND WARREN LLP**

/s/Chris Wellman
**Chris Wellman, Esq.** (Pro Hac Vice)
California Bar No. 304700
Wellman and Warren, LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA  92653

*Attorneys for Defendants David Imonitie, Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, Vince Murphy*

3

**HOLLAND & HART LLP**

/s/ Lars K. Evensen
Lars K. Evensen
**Jenapher Lin, Esq**.
Nevada Bar No. 14233
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
**KERR SIMPSON ATTORNEYS AT LAW**
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

*Attorneys for Plaintiff*

/s/
Jon E. Field, Esq.
**THOMPSON BURTON, PLLC**
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067

*Attorney for Defendant ILYKIT, LLC*

/s/ Justin L. James
Justin L. James, Esq. (Pro Hac Vice)
**JAMES DODGE RUSSELL & STEPHENS PC**
10 West Broadway, Suite 400
Salt Lake City, Utah 84101

*Attorney for Defendant Ivan Tapia*

**IT IS SO ORDERED.**

Dated: May __9__, 2023.

_____
Hon. Judge Gloria M. Navarro
United States District Court Judge

4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of May, 2023, a true and correct copy of the forgoing document **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF PAPERS RELATED TO PLAINTIFF'S MOTIONS TO DISMISS (ECF NOS. 152 AND 153)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel who have entered an appearance in this action:

### E-SERVICE LIST

| | |
|---|---|
| Jon E. Field, Esq.<br>THOMPSON BURTON, PLLC<br>One Franklin Park<br>6100 Tower Circle Suite 200<br>Franklin, Tennessee 37067<br>Tele: (615) 465-6000<br>Email: jfield@thompsonburton.com<br><br>*Attorney for Defendant Ilykit, LLC* | P. Sterling Kerr, Esq.<br>Nevada Bar No. 3978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>KERR SIMPSON ATTORNEYS AT LAW<br>2900 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, NV 89052<br>Phone: (702) 451.2055<br>Fax: (702) 451.2077<br>sterling@kerrsimpsonlaw.com<br>george@kerrsimpsonlaw.com |
| Bradley S. Slighting, Esq.<br>Nevada Bar No. 10225<br>SLIGHTING LAW<br>1707 Village Center Cir., Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>Email: brad@slightinglaw.com<br><br>*Attorney for Defendant Ivan Tapia* | Lars K. Evensen, Esq.<br>Nevada Bar No. 8061<br>Jenapher Lin, Esq.<br>Nevada Bar No. 14233<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: (702) 669.4600<br>Fax: (702) 669.4650<br>lkevensen@hollandhart.com<br>jlin@hollandhart.com<br><br>*Attorneys for Plaintiff International Markets Live, Inc. dba IM Mastery Academy* |
| Justin L. James, Esq. (Pro Hac Vice)<br>JAMES DODGE RUSSELL & STEPHENS PC<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101<br>Tel: (801) 363-6363<br>Email: jjames@jdrslaw.com<br>*Attorney for Defendant Ivan Tapia* | */s/ Bradley S. Slighting*<br>An employee of Slighting Law |

5