Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Justin L. James, Esq.
*Pro Hac Vice*
Utah Bar No. 15167
JAMES DODGE RUSSELL & STEPHENS PC
10 W. Broadway, Suite 400
Salt Lake City, UT  84101
Tel: (801) 363-6363
jjames@jdrslaw.com

*Attorneys for Defendant/Counterclaimant
Ivan Tapia and Defendants Angela Cruikshank,
Jeff Cruikshank, and Justin Owens*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF PAPERS RELATED TO PLAINTIFF'S MOTION TO DISMISS (ECF NO. 153) (SECOND REQUEST)** |

1

|   |   |
|---|---|
| 1 | WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | AND ALL RELATED MATTERS |

## STIPULATION AND [PROPOSED] ORDER

Defendant/Counterclaimant Ivan Tapia ("Tapia"), Counterdefendant Christopher Terry ("Terry"), (collectively, the "Parties") by and through their respective undersigned counsel of record, the law firms of Slighting Law, James Dodge Russell & Stephens PC, Kerr Simpson Attorneys at Law, and Holland & Hart LLP, hereby stipulate and agree to: 1) extend the deadline for Tapia to respond to Terry's Motion to Dismiss (ECF. No. 153; filed 4/18/23); and 2) extend the deadline for Terry to reply to the response filed by Tapia. This is the second stipulation between the Parties to extend the time for Tapia to respond to Terry's Motion to Dismiss and to extend the time for Terry to reply to Tapia's response. The Parties hereby specifically agree and stipulate as follows:

WHEREAS, on April 18, 2023, Terry filed its Motion to Dismiss the Counterclaim filed by Tapia (Motion to Dismiss – ECF No. 153; Counterclaim – ECF No. 44).

WHEREAS, on April 25, 2023, counsel for the parties met and conferred via email and agreed to allow Tapia an additional two (2) weeks of time from the current due dates of May 2, 2023 to file his response to Terry's Motion to Dismiss, thereby making such response due May 16, 2023.

2

WHEREAS, on April 25, 2023, counsel for the Parties met and conferred via email and agreed to allow Terry an additional two (2) weeks after the filing of Tapia's response to the Motion to Dismiss for Terry to file his reply, thereby making such reply due May 30, 2023.

WHEREAS, on May 16, 2023, counsel for the Parties met and conferred via telephone and agreed to allow Tapia an additional one (1) week of time from the current due date of May 16, 2023 to file his response to Terry's Motion to Dismiss, thereby making such response due May 23, 2023.

WHEREAS, on May 16, 2023, counsel for the Parties met and conferred via telephone and agreed to allow Terry an additional one (1) week after the filing of Tapia's response to the Motion to Dismiss for Terry to file his reply, thereby making such reply due June 6, 2023.

WHEREAS, no parties oppose the extension of time for the filing of briefing related to the Motion to Dismiss as set forth herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

THEREFORE, the Parties jointly stipulate that the Court should enter an order allowing Tapia to file his response to Terry's Motion to Dismiss by May 23, 2023 and for Terry to file his reply to the response by June 6, 2023.

Respectfully submitted, this 16th day of May 2023

| | |
|---|---|
| **SLIGHTING LAW** | **WELLMAN AND WARREN LLP** |
| /s/Bradley S. Slighting | /s/ Chris Wellman |
| **Bradley S. Slighting, Esq.** | **Chris Wellman, Esq.** (*Pro Hac Vice*) |
| Nevada Bar No. 10225 | California Bar No. 304700 |
| 1707 Village Center Cir, Ste 100 | 24411 Ridge Route Dr., Unit 200 |
| Las Vegas, NV 89134 | Laguna Hills, CA 92653 |
| | |
| **JAMES DODGE RUSSELL & STEPHENS PC** | *Attorneys for Defendant/Counterclaimant Defendant David Imonitie and Defendants Spela Sluga, Devon Roeser, NVisionU, Inc. Bass Grant, Lucas Longmire, and Vince Murphy* |
| /s/ Justin L. James | |
| **Justin L. James, Esq.** (*Pro Hac Vice*) | |
| Utah Bar No. 15167 | |
| 10 West Broadway, Suite 400 | |
| Salt Lake City, Utah 84101 | |
| | |
| *Attorneys for Defendant/Counterclaimant Ivan Tapia and Defendants Angela Cruikshank, Jeff Cruikshank, and Justin Owens* | |
| | |
| **HOLLAND & HART LLP** | **THOMPSON BURTON, PLLC** |
| /s/ Jenapher Lin | /s/ Jon E. Field |
| **Lars K. Evensen, Esq.** | **Jon E. Field, Esq.** |
| Nevada Bar No. 8061 | Nevada Bar No. 7700 |
| Jenapher Lin, Esq. | One Franklin Park |
| Nevada Bar No. 14233 | 6100 Tower Circle Suite 200 |
| 9555 Hillwood Drive, 2nd Floor | Franklin, TN 37067 |
| Las Vegas, NV 89134 | |
| | *Attorneys for Defendant ILYKIT, LLC* |
| P. Sterling Kerr, Esq. | |
| Nevada Bar No. 3978 | IT IS SO ORDERED. |
| George E. Robinson, Esq. | Dated: May 17, 2023. |
| Nevada Bar No. 9667 | |
| **KERR SIMPSON ATTORNEYS AT LAW** | |
| 2900 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| | Hon. Gloria M. Navarro |
| *Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry* | UNITED STATES DISTRICT JUDGE |

4

**IT IS SO ORDERED.**

Dated: May \_\_\_\_, 2023.

_____
Hon. Magistrate Judge Brenda Weksler
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of May, 2023, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF PAPERS RELATED TO PLAINTIFF'S MOTIONS TO DISMISS (ECF NO. 153)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel:

**E-SERVICE LIST**

| | |
|---|---|
| Jon E. Field, Esq.<br>THOMPSON BURTON, PLLC<br>One Franklin Park<br>6100 Tower Circle Suite 200<br>Franklin, Tennessee 37067<br>Tel: (615) 465-6000<br>Email: jfield@thompsonburton.com<br><br>*Attorney for Defendant ILYKIT, LLC*<br><br>Bradley S. Slighting, Esq.<br>Nevada Bar No. 10225<br>SLIGHTING LAW<br>1707 Village Center Cir., Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>Email: brad@slightinglaw.com<br><br>Chris Wellman, Esq.<br>*Pro Hac Vice*<br>California Bar No. 304700<br>WELLMAN AND WARREN LLP<br>24411 Ridge Route Dr., Unit 200<br>Laguna Hills, CA 92653<br>Email: cwellman@w-wlaw.com<br><br>*Attorneys for Defendant/Counterclaimant David Imonitie and Defendants Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, and Vince Murphy* | P. Sterling Kerr, Esq.<br>Nevada Bar No. 3978<br>George E. Robinson, Esq.<br>Nevada Bar No. 9667<br>KERR SIMPSON ATTORNEYS AT LAW<br>2900 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Tel: (702) 451.2055<br>sterling@kerrsimpsonlaw.com<br>george@kerrsimpsonlaw.com<br><br>Lars K. Evensen, Esq.<br>Nevada Bar No. 8061<br>Jenapher Lin, Esq.<br>Nevada Bar No. 14233<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: (702) 669.4600<br>lkevensen@hollandhart.com<br>jlin@hollandhart.com<br><br>*Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry*<br><br>/s/ Bradley S. Slighting<br>An employee of Slighting Law |