| | |
|---|---|
| 1 | Bradley S. Slighting, Esq. |
| 2 | Nevada Bar No. 10225<br>SLIGHTING LAW |
| 3 | 1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134 |
| 4 | Tel: (702) 232-2543<br>brad@slightinglaw.com |
| 5 | |
| 6 | Justin L. James, Esq.<br>*Pro Hac Vice* |
| 7 | Utah Bar No. 15167<br>JAMES DODGE RUSSELL & STEPHENS PC |
| 8 | 10 W. Broadway, Suite 400<br>Salt Lake City, UT  84101 |
| 9 | Tel: (801) 363-6363<br>jjames@jdrslaw.com |
| 10 | |
| 11 | *Attorneys for Defendant/Counterclaimant*<br>*Ivan Tapia and Defendants Angela Cruikshank,* |
| 12 | *Jeff Cruikshank, and Justin Owens* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUIKSHANK, an individual; JEFF CRUIKSHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF DEFENDANTS' REPLIES TO PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 168 AND 169) (FIRST REQUEST)** |

1

WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

AND ALL RELATED MATTERS

## STIPULATION AND [PROPOSED] ORDER

Defendants Angela Cruikshank, Jeff Cruikshank, and Justin Owens ("Defendants"), and Plaintiff International Markets Live, Inc. dba IM Mastery Academy ("Plaintiff"), (collectively, the "Parties") by and through their respective undersigned counsel of record, the law firms of Slighting Law, James Dodge Russell & Stephens PC, Kerr Simpson Attorneys at Law, and Holland & Hart LLP, hereby stipulate and agree to extend the deadline for Defendants to file their Replies to Plaintiff's Responses to Defendants' Motions to Dismiss (ECF. Nos. 168 and 169; filed 5/12/23). This is the first stipulation between the Parties to extend the time for Defendants to reply to Plaintiff's Responses to Defendants' Motions to Dismiss. The Parties hereby specifically agree and stipulate as follows:

WHEREAS, on May 1, 2023, Defendants Angela Cruikshank and Jeff Cruikshank filed their Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 47) Pursuant to FRCP 12(b)(2) for Lack of Personal Jurisdiction (ECF No. 156).

WHEREAS, on May 1, 2023, Defendant Justin Owens filed his Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 47) Pursuant to FRCP 12(b)(2) for Lack of Personal Jurisdiction (ECF No. 157).

2

1  WHEREAS, on May 12, 2023, Plaintiff filed its Responses to Defendants' Motions to Dismiss (ECF Nos. 168 and 169).

WHEREAS, on May 18, 2023, counsel for the Parties met and conferred via telephone and agreed to allow Defendants an additional one (1) week of time from the current due date of May 19, 2023 to file their Replies to Plaintiff's Responses to Defendants' Motions to Dismiss, thereby making such Replies due May 26, 2023.

WHEREAS, no parties oppose the extension of time for the filing of Defendants' Replies to Plaintiff's Responses to Defendants' Motions to Dismiss as set forth herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THEREFORE, the Parties jointly stipulate that the Court should enter an order allowing Defendants to file their Replies to Plaintiff's Responses to Defendants' Motions to Dismiss by May 26, 2023.

Respectfully submitted, this 19th day of May 2023

| | |
|---|---|
| **SLIGHTING LAW** | **WELLMAN AND WARREN LLP** |
| /s/Bradley S. Slighting | /s/ Chris Wellman |
| **Bradley S. Slighting, Esq.** | **Chris Wellman, Esq.** (*Pro Hac Vice*) |
| Nevada Bar No. 10225 | California Bar No. 304700 |
| 1707 Village Center Cir, Ste 100 | 24411 Ridge Route Dr., Unit 200 |
| Las Vegas, NV 89134 | Laguna Hills, CA 92653 |
| **JAMES DODGE RUSSELL & STEPHENS PC** | *Attorneys for Defendant/Counterclaimant Defendant David Imonitie and Defendants Spela Sluga, Devon Roeser, NVisionU, Inc. Bass Grant, Lucas Longmire, and Vince Murphy* |
| /s/ Justin L. James | |
| **Justin L. James, Esq.** (*Pro Hac Vice*) | |
| Utah Bar No. 15167 | |
| 10 West Broadway, Suite 400 | |
| Salt Lake City, Utah 84101 | |
| *Attorneys for Defendant/Counterclaimant Ivan Tapia and Defendants Angela Cruikshank, Jeff Cruikshank, and Justin Owens* | |
| **HOLLAND & HART LLP** | **THOMPSON BURTON, PLLC** |
| /s/ **Jenapher Lin** | /s/ Jon E. Field |
| Lars K. Evensen, Esq. | **Jon E. Field, Esq.** |
| Nevada Bar No. 8061 | Nevada Bar No. 7700 |
| **Jenapher Lin, Esq.** | One Franklin Park |
| Nevada Bar No. 14233 | 6100 Tower Circle Suite 200 |
| 9555 Hillwood Drive, 2nd Floor | Franklin, TN 37067 |
| Las Vegas, NV 89134 | |
| | *Attorneys for Defendant ILYKIT, LLC* |
| P. Sterling Kerr, Esq. | |
| Nevada Bar No. 3978 | |
| George E. Robinson, Esq. | **IT IS SO ORDERED.** |
| Nevada Bar No. 9667 | |
| **KERR SIMPSON ATTORNEYS AT LAW** | Dated: May 22, 2023. |
| 2900 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| | _____ |
| *Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry* | The Hon. Judge Gloria M. Navarro UNITED STATES DISTRICT JUDGE |

4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2023, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF DEFENDANTS' REPLIES TO PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 168 AND 169) (FIRST REQUEST)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel:

## E-SERVICE LIST

Jon E. Field, Esq.
THOMPSON BURTON, PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tel: (615) 465-6000
Email: jfield@thompsonburton.com

*Attorney for Defendant ILYKIT, LLC*

Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
Email: brad@slightinglaw.com

Chris Wellman, Esq.
*Pro Hac Vice*
California Bar No. 304700
WELLMAN AND WARREN LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA 92653
Email: cwellman@w-wlaw.com

*Attorneys for Defendant/Counterclaimant David Imonitie and Defendants Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, and Vince Murphy*

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Tel: (702) 451.2055
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669.4600
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry*

/s/ Bradley S. Slighting
An employee of Slighting Law

6