P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff/Counterdefendant
International Markets Live, Inc. and
Counterdefendant Christopher Terry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; | Case No.: 2:22-cv-01863-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ILYKIT, LLC WITH PREJUDICE** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | KATRINA WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants.<br><br>AND ALL RELATED MATTERS. |

Plaintiff INTERNATIONAL MARKETS LIVE INC., dba IM MASTERY ACADEMY ("IML" or "Plaintiff") and Defendant ILYKIT, LLC ("ILYKIT" and collectively, with IML, as the "Parties"), by and through their respective undersigned counsel of record, the law firms of Kerr Simpson Attorneys at Law and Holland & Hart LLP, and the law firm of Thompson Burton, PLLC, hereby respectfully submit this Stipulation and Order of Dismissal of ILYKIT, LLC with prejudice, with each Party to bear its own attorney's fees and costs.

The Parties have reached and executed a settlement agreement to globally resolve any and all claims, defenses, disputes, and differences of any kind or nature between the Parties relating to the above-captioned matter. As a result, and in accordance with the terms of their settlement agreement, the Parties hereby stipulate and agree to the dismissal of the First Amended Complaint (ECF No. 47) with prejudice as solely against ILYKIT (including its members, partners, managers, officers, affiliated persons, agents, representatives, proxies, heirs, estate, successors, and assigns), with each Party to bear its own fees and costs.

Accordingly, the Parties jointly move for an order as follows:

1.     that the First Amended Complaint (ECF No. 47) as solely against ILYKIT, LLC (including its members, partners, managers, officers, affiliated persons, agents, representatives, proxies, heirs, estate, successors, and assigns) be DISMISSED WITH PREJUDICE with each Party to bear its own attorney's fees and costs; and

2.     that ILYKIT, LLC's Notice of Consent to Removal and Motion to Dismiss (ECF No. 11) be WITHDRAWN or is otherwise MOOT.

DATED this 12th day of June 2023.

| HOLLAND & HART LLP | THOMPSON BURTON, PLLC |
|---|---|
| /s/ Lars Evensen<br>Lars K. Evensen, Esq.<br>Jenapher Lin, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>KERR SIMPSON ATTORNEYS AT LAW<br>P. Sterling Kerr, Esq.<br>George E. Robinson, Esq.<br>2900 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry* | /s/ JF<br>Jon E. Field, Esq.<br>One Franklin Park<br>6100 Tower Circle Suite 200<br>Franklin, Tennessee 37067<br>Tele: (615) 465-6000<br>Email: jfield@thompsonburton.com<br><br>*Attorney for Defendant ILYKIT, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 15, 2023

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2023, a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL OF ILYKIT, LLC WITH PREJUDICE** was served by the following method(s):

☑ <u>Electronic:</u> by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and/or served on counsel electronically in accordance with the E-service list to the following email addresses:

| | |
|---|---|
| Bradley S. Slighting (10225)<br>SLIGHTING LAW<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>brad@slightinglaw.com | Bradley S. Slighting (10225)<br>SLIGHTING LAW<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>brad@slightinglaw.com |
| Christopher Wellman (*pro hac vice*)<br>California Bar No. 304700<br>WELLMAN & WARREN LLP<br>24411 Ridge Route, Suite 200<br>Laguna Hills, CA 92653<br>Tel: (949) 580-3737<br>cwellman@w-wlaw.com | Justin L. James (*pro hac vice*)<br>Utah Bar No. 15167<br>James Dodge Russell & Stephens PC<br>10 West Broadway, Suite 400<br>Salt Lake City, UT 84101<br>801.363.6363<br>jjames@jdrslaw.com |
| *Attorneys for Defendants David Imonitie; Spela Sluga; Devon Roeser; Nvisionu, Inc., Bass Grant, Lucas Longmire, Vince Murphy* | *Attorneys for Defendants Ivan Tapia, Angela Cruickshank, Jeff Cruickshank, and Justin Owens* |
| Jon E. Field, Esq.<br>THOMPSON BURTON, PLLC<br>One Franklin Park<br>6100 Tower Circle Suite 200<br>Franklin, Tennessee 37067<br>Tele: (615) 465-6000<br>Email: jfield@thompsonburton.com | Nathan Samuel<br>Pro Se litigant<br>1874 Brooks Dr NW<br>Atlanta, GA 30318<br>Email: Nathanmorehouse171@gmail.com<br>Tel: 516.282.5246 |
| *Attorney for Defendant ILYKIT, LLC* | |

/s/ *Brenda Schroeder*
An Employee of Holland & Hart LLP

21674991_v1

4