P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: 702.451.2055
Fax: 702.451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUISHANK, an individual; JEFF CRUISHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; | Case No.: 2:22-cv-01863-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE TO MOTION TO COMPEL (ECF No. 203) (first request)** |

1

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | KATRINA WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants.<br><br>AND ALL RELATED MATTERS. |

8  Plaintiff INTERNATIONAL MARKETS LIVE INC., dba IM MASTERY ACADEMY

9 ("IML" or "Plaintiff") and Defendant IVAN TAPIA ("TAPIA" and collectively, with IML, as the

10 "Parties"), by and through their respective undersigned counsel of record, the law firms of Kerr

11 Simpson Attorneys at Law and Holland & Hart LLP, and the law firms of Slighting Law and James

12 Dodge Russell & Stephens PC, hereby respectfully submit this Stipulation and Order Extending

13 Response Deadline to Motion to Compel (ECF No. 203) (first request).

14  1.  On June 19, 2023, Tapia filed his Motion to Compel (ECF No. 203).

15  2.  Responses are currently due July 3, 2023.

16  3.  The Parties agree to extend the Response deadline from July 3, 2023 to **July 12,**

17 **2023** for good cause appearing to allow Plaintiff additional time in light of the holiday schedule.

18  4.  Accordingly, the Parties respectfully request the Court extend the response deadline

19 from July 3, 2023 to July 12, 2023.

20  5.  This stipulation is made in good faith and not for improper purposes.

21  DATED this 3rd day of July 2023.

| HOLLAND & HART LLP | SLIGHTING LAW |
|---|---|
| */s/ Lars K. Evensen* | */s/ Bradley S. Slighting* |
| Lars K. Evensen, Esq.<br>Jenapher Lin, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | Bradley S. Slighting, Esq. (NBN 10225)<br>1707 Village Center Cir., #100<br>Las Vegas, NV 89134<br>Telephone: (702) 232-2543<br>Email: brad@slightinglaw.com |
| KERR SIMPSON ATTORNEYS AT LAW<br>P. Sterling Kerr, Esq.<br>George E. Robinson, Esq.<br>2900 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052 | Christopher Wellman (*pro hac vice*)<br>California Bar No. 304700<br>WELLMAN & WARREN LLP<br>24411 Ridge Route, Suite 200 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

*Attorneys for Plaintiff/Counterdefendant International Markets Live, Inc. and Counterdefendant Christopher Terry*

Laguna Hills, CA 92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

*Attorneys for Defendants DAVID IMONITIE; SPELA SLUGA; DEVON ROESER; NVISIONU, INC., Bass Grant, Lucas Longmire, Vince Murphy*

SLIGHTING LAW

*/s/ Justin L. James*
Bradley S. Slighting, Esq. (NBN 10225)

Justin L. James (*pro hac vice*)
Utah Bar No. 15167
James Dodge Russell & Stephens PC
10 West Broadway, Suite 400
Salt Lake City, UT 84101
801.363.6363
jjames@jdrslaw.com

*Attorneys for Defendants Ivan Tapia, Angela Cruickshank, Jeff Cruickshank, and Justin Owens*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

## ORDER

**IT IS SO ORDERED**

**DATED:** 11:29 am, July 05, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2023, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE TO MOTION TO COMPEL (ECF No. 203) (first request)** was served by the following method(s):

☑ <u>Electronic</u>:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and/or served on counsel electronically in accordance with the E-service list to the following email addresses:

| | |
|---|---|
| Bradley S. Slighting (10225)<br>SLIGHTING LAW<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>brad@slightinglaw.com | Bradley S. Slighting (10225)<br>SLIGHTING LAW<br>1707 Village Center Cir, Ste 100<br>Las Vegas, NV 89134<br>Tel: (702) 840-3749<br>brad@slightinglaw.com |
| Christopher Wellman (*pro hac vice*)<br>California Bar No. 304700<br>WELLMAN & WARREN LLP<br>24411 Ridge Route, Suite 200<br>Laguna Hills, CA 92653<br>Tel: (949) 580-3737<br>cwellman@w-wlaw.com | Justin L. James (*pro hac vice*)<br>Utah Bar No. 15167<br>James Dodge Russell & Stephens PC<br>10 West Broadway, Suite 400<br>Salt Lake City, UT 84101<br>801.363.6363<br>jjames@jdrslaw.com |
| *Attorneys for Defendants David Imonitie; Spela Sluga; Devon Roeser; Nvisionu, Inc., Bass Grant, Lucas Longmire, Vince Murphy* | *Attorneys for Defendants Ivan Tapia, Angela Cruickshank, Jeff Cruickshank, and Justin Owens* |
| | Nathan Samuel<br>Pro Se litigant<br>1874 Brooks Dr NW<br>Atlanta, GA 30318<br>Email: Nathanmorehouse171@gmail.com<br>Tel: 516.282.5246 |

*/s/ Brenda Schroeder*
An Employee of Holland & Hart LLP

4