Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Justin L. James, Esq.
*Pro Hac Vice*
Utah Bar No. 15167
JAMES DODGE RUSSELL & STEPHENS PC
10 W. Broadway, Suite 400
Salt Lake City, UT  84101
Tel: (801) 363-6363
jjames@jdrslaw.com

*Attorneys for Defendant/Counterclaimant
Ivan Tapia and Defendants Angela Cruikshank,
Jeff Cruikshank, and Justin Owens*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUIKSHANK, an individual; JEFF CRUIKSHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br><br><br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE (ECF No. 229) TO MOTION TO COMPEL (ECF NO. 203) (FIRST REQUEST)** |

1

| | |
|---|---|
| 1 | WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | AND ALL RELATED MATTERS |
| 9 | |

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE (ECF No. 229) TO MOTION TO COMPEL (ECF NO. 203) (FIRST REQUEST)**

Defendant/Counterclaimant Ivan Tapia ("Tapia") and Plaintiff/Counterdefendant International Markets Live Inc. ("IML"), (collectively, the "Parties") by and through their respective undersigned counsel of record, the law firms of Slighting Law, James Dodge Russell & Stephens PC, Kerr Simpson Attorneys at Law, and Holland & Hart LLP, hereby stipulate and agree to: 1) extend the deadline for Tapia to reply to IML's Response (ECF No. 229) to Tapia's Motion to Compel (ECF. No. 203) from July 19, 2023 to **July 26, 2023**. This is the first stipulation to extend the reply deadline. The Parties hereby specifically agree and stipulate as follows:

WHEREAS, on June 19, 2023, Tapia filed his Motion to Compel (Motion to Compel – ECF No. 203).

WHEREAS, on July 3, 2023, the Parties stipulated to allow IML an extension of time to file its Response to the Tapia's Motion to Compel, with the Court entering an Order on July 5, 2023 reflecting the Parties' stipulation (ECF No. 220).

2

1   WHEREAS, on July 12, 2023, IML filed its Response to Tapia's Motion to Compel
2   (Response – ECF No. 229), thereby making Tapia's Reply to IML's Response currently due July
3   19, 2023.
4   WHEREAS, on July 18, 2023, counsel for the Parties met and conferred via text message
5   and agreed to allow Tapia an additional one (1) week to file his reply to IML's Response, thereby
6   
7   extending the deadline for his Reply from July 19, 2023 to July 26, 2023.
8   WHEREAS, no parties oppose the extension of time for the filing of Tapia's reply to IML's
9   Response as set forth herein.
10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

THEREFORE, the Parties stipulate and agree to extend Tapia's reply deadline from July 19, 2023 to **July 26, 2023** and respectfully request that the Court approve and order the same.

IT IS SO STIPULATED this 21st day of July 2023.

| SLIGHTING LAW | HOLLAND & HART LLP |
|---|---|
| */s/ Bradley S. Slighting* | */s/ Jenapher Lin* |
| Bradley S. Slighting, Esq. (NBN 10225) | Lars K. Evensen, Esq. |
| | Jenapher Lin, Esq. |
| Justin L. James (*pro hac vice*) | 9555 Hillwood Drive, 2nd Floor |
| Utah Bar No. 15167 | Las Vegas, NV 89134 |
| James Dodge Russell & Stephens PC | |
| 10 West Broadway, Suite 400 | KERR SIMPSON ATTORNEYS AT LAW |
| Salt Lake City, UT 84101 | P. Sterling Kerr, Esq. |
| 801.363.6363 | George E. Robinson, Esq. |
| jjames@jdrslaw.com | 2900 W. Horizon Ridge Parkway, Suite 200 |
| | Henderson, NV 89052 |
| *Attorneys for Ivan Tapia, Justin Owens,* | |
| *Angela Cruikshank, Jeff Cruikshank* | *Attorneys for International Markets Live, Inc.* |
| | *and Christopher Terry* |

**Approved/Joined by:**

SLIGHTING LAW

*/s/ Bradley S. Slighting*
Bradley S. Slighting, Esq. (NBN 10225)
1707 Village Center Cir., #100
Las Vegas, NV 89134
Telephone: (702) 232-2543
Email: brad@slightinglaw.com

Christopher Wellman (*pro hac vice*)
California Bar No. 304700
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
cwellman@w-wlaw.com

*Attorneys for Defendants DAVID IMONITIE; SPELA SLUGA; DEVON ROESER; NVISIONU, INC., Bass Grant, Lucas Longmire, Vince Murphy*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2023

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of July, 2023, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE (ECF No. 229) TO MOTION TO COMPEL (ECF NO. 203) (FIRST REQUEST)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel:

**E-SERVICE LIST**

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052
Phone: (702) 451.2055
Fax: (702) 451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669.4600
Fax: (702) 669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff/Counter-Defendant International Markets Live, Inc. dba IM Mastery Academy and Counter-Defendant Christopher Terry*

Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir., Ste 100
Las Vegas, NV 89134
Tel: (702) 840-3749
Email: brad@slightinglaw.com

Chris Wellman, Esq.
*Pro Hac Vice*
California Bar No. 304700
WELLMAN AND WARREN LLP
24411 Ridge Route Dr., Unit 200
Laguna Hills, CA 92653
Email: cwellman@w-wlaw.com

*Attorneys for Defendant/Counterclaimant David Imonitie and Defendants Spela Sluga, Devon Roeser, NVisionU, Inc., Bass Grant, Lucas Longmire, and Vince Murphy*

/s/ Bradley S. Slighting
An employee of Slighting Law

5