Bradley S. Slighting, Esq.
Nevada Bar No. 10225
SLIGHTING LAW
1707 Village Center Cir, Ste 100
Las Vegas, NV 89134
Tel: (702) 232-2543
brad@slightinglaw.com

Justin L. James, Esq.
*Pro Hac Vice*
Utah Bar No. 15167
JAMES DODGE RUSSELL & STEPHENS PC
10 W. Broadway, Suite 400
Salt Lake City, UT  84101
Tel: (801) 363-6363
jjames@jdrslaw.com

*Attorneys for Defendant/Counterclaimant
Ivan Tapia and Defendants Angela Cruikshank,
Jeff Cruikshank, and Justin Owens*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE INC., a New York corporation dba IM MASTERY ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID IMONITIE an individual; SPELA SLUGA, an individual; DEVON ROESER, an individual; IVAN TAPIA, an individual; NVISIONU, INC., a Delaware corporation; ILYKIT, LLC, a Utah limited liability company, LUCAS LONGMIRE, an individual; NATHAN SAMUEL, an individual; MICHAEL ZHOR, an individual; IMRAN RICHIE, an individual; JUSTIN OWENS, an individual; PAULO CAVALLERI, an individual; JOSE MIGUEL CONTREAS, an individual; BASS GRANT, an individual; ANGELA CRUIKSHANK, an individual; JEFF CRUIKSHANK, an individual; VINCE MURPHY, an individual; GARY MCSWEEN, an individual; KATRINA | Case No.: 2:22-CV-01863-GMN-BNW<br><br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER (ECF NO. 233) (FIRST REQUEST)** |

1

| | |
|---|---|
| 1 | WORGESS, an individual; LUIS RONALDO HARNANDEZ ARRIAGA, an individual; STEPHANIA AYO, an individual; SILVIA AYO, an individual; CATALINA VASQUEZ, an individual; MATHIAS VASQUEZ, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS I through X, inclusive, |

Defendants.

AND ALL RELATED MATTERS

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER (ECF NO. 233)**
**(FIRST REQUEST)**

Defendant/Counterclaimant Ivan Tapia ("Tapia"), along with Defendant/Counterclaimant David Imonitie and Defendants Spela Sluga, Devon Roeser and NVisionU, Inc. (collectively, the "Joint Defendants"), and Plaintiff/Counterdefendant International Markets Live Inc. ("IML"), (collectively, the "Parties"), by and through their respective undersigned counsel of record, the law firms of Slighting Law, James Dodge Russell & Stephens PC, Wellman & Warren LLP, Kerr Simpson Attorneys at Law, and Holland & Hart LLP, hereby stipulate and agree to: 1) extend the deadline for Joint Defendants to file their Reply to IML's Response to Defendants' Joint Motion for Protective Order (ECF No. 233) to from July 27, 2023 to **August 4, 2023**. This is the first stipulation to extend the Reply deadline. The Parties hereby specifically agree and stipulate as follows:

WHEREAS, on July 7, 2023, Joint Defendants filed their Motion for Protective Order (ECF No. 222).

2

WHEREAS, on July 20, 2023, IML filed its Response to Defendants' Joint Motion for Protective Order (ECF No. 233), thereby making Joint Defendants' Reply to IML's Response currently due July 27, 2023.

WHEREAS, on July 26, 2023, counsel for the Parties met and conferred via text message and agreed to allow Joint Defendants an additional eight (8) days to file their Reply to IML's Response, thereby extending the deadline for their Reply from July 27, 2023 to August 4, 2023.

WHEREAS, no parties oppose the extension of time for the filing of Joint Defendants' Reply to IML's Response as set forth herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  THEREFORE, the Parties stipulate and agree to extend the deadline for Joint Defendants to file their Reply to IML's Response to Defendants' Joint Motion for Protective Order from July 27, 2023 to **August 4, 2023** and respectfully request that the Court approve and order the same.

IT IS SO STIPULATED this 27th day of July 2023.

| | |
|---|---|
| SLIGHTING LAW | HOLLAND & HART LLP |
| */s/ Bradley S. Slighting* | */s/ Jenapher Lin* |
| Bradley S. Slighting, Esq. (NBN 10225) | Lars K. Evensen, Esq. |
| | Jenapher Lin, Esq. |
| Justin L. James (*pro hac vice*) | 9555 Hillwood Drive, 2nd Floor |
| Utah Bar No. 15167 | Las Vegas, NV 89134 |
| James Dodge Russell & Stephens PC | |
| 10 West Broadway, Suite 400 | KERR SIMPSON ATTORNEYS AT LAW |
| Salt Lake City, UT 84101 | P. Sterling Kerr, Esq. |
| | George E. Robinson, Esq. |
| *Attorneys for Ivan Tapia, Justin Owens,* | 2900 W. Horizon Ridge Parkway, Suite 200 |
| *Angela Cruickshank, Jeff Cruickshank* | Henderson, NV 89052 |
| | |
| | *Attorneys for International Markets Live, Inc.* |
| | *and Christopher Terry* |

SLIGHTING LAW

*/s/ Bradley S. Slighting*
Bradley S. Slighting, Esq. (NBN 10225)
1707 Village Center Cir., #100
Las Vegas, NV 89134

Christopher Wellman (*pro hac vice*)
California Bar No. 304700
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653

*Attorneys for Defendants DAVID IMONITIE; SPELA SLUGA; DEVON ROESER; NVISIONU, INC., Bass Grant, Lucas Longmire, Vince Murphy*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2023

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of July, 2023, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING OF REPLY TO RESPONSE TO DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER (ECF NO. 233) (FIRST REQUEST)** was filed with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to and served electronically upon the following counsel:

**E-SERVICE LIST**

P. Sterling Kerr, Esq.
Nevada Bar No. 3978
George E. Robinson, Esq.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052
Phone: (702) 451.2055
Fax: (702) 451.2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

Lars K. Evensen, Esq.
Nevada Bar No. 8061
Jenapher Lin, Esq.
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669.4600
Fax: (702) 669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for Plaintiff/Counter-Defendant International Markets Live, Inc. dba IM Mastery Academy and Counter-Defendant Christopher Terry*

/s/ Bradley S. Slighting
An employee of Slighting Law

5